March 12, 2010

Mr. Christopher Bradshaw-Hull
Attorney at Law
4200 Montrose Blvd., Suite 570
Houston, TX 77006

Ms. Diana L. Faust
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202
Mr. Richard Sheehy
Sheehy Serpe & Ware, P.C.
909 Fannin, Suite 2500
Houston, TX 77010

RE: Case Number: 08-0169
 Court of Appeals Number: 01-06-01068-CV
 Trial Court Number: 2005-54075

Style: TANGIE WALTERS
 v.
 CLEVELAND REGIONAL MEDICAL CENTER, SHIRLEY KIEFER, AND KEITH SPOONER,
 M.D.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and enclosed
judgment in the above-referenced cause. You may obtain a copy of the
opinion at: http://www.supreme.courts.state.tx.us/historical/recent.asp.
If you would like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. M. Karinne |
| |McCullough |
| |Ms. Theresa Chang |